ACCEPTED
03-14-00608-CV
4082466
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/9/2015 9:01:28 PM
JEFFREY D. KYLE
CLERK

## No. 03-14-00608-CV

| | | |
|---|---|---|
| **Linda S. Nowlin,** | § | **IN THE THIRD** FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **Appellant,** | § | |
| | § | 2/9/2015 9:01:28 PM |
| **v.** | § | **COURT OF APPEALS** JEFFREY D. KYLE |
| | § | Clerk |
| **Lori Keaton,** | § | |
| **Appellee.** | § | **AUSTIN, TEXAS** |

## APPELLEE'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

Appellee asks the Court to extend the time to file her brief.

### A.    INTRODUCTION

1. Appellant is Linda Nowlin; appellee is Lori Keaton.

2. There is no specific deadline to file this motion to extend time.  *See* Tex. R. App. P. 10.5(b)(1)(A); Tex. R. App. P. 38.6(d).

3. This Court has authority to extend the time for Appellee to file her brief. *See* Tex. R. App. P. 38.6(d).

### B.    BACKGROUND, ARGUMENT, & AUTHORITIES

4. Appellee requests a one week extension to file Appellee's brief so that Appellee's brief will be due on Tuesday, February 17, 2015 (Monday, February 16, 2015 is President's Day, a state and federal holiday).  *See* Tex.

R. App. P. 10.5(b)(1)(B).

5. Appellee's brief is due on Monday, February 9, 2015. *See* Tex. R. App. P. 10.5(b)(1)(A).

6. Appellee requests this extension because Appellee and Appellee's counsel require additional time to prepare Appellee's brief. Due to no fault of Appellee, Appellee and Appellee's counsel have been unable to meet to discuss Appellant's brief in detail and wish to do so before Appellee files her brief. *See* Tex. R. App. P. 10.5(b)(1)(C).

7. Appellee has not requested and the Court has not granted any previous extensions for Appellee to file her brief. *See* Tex. R. App. P. 10.5(b)(1)(D).

8. Appellee conferred with Appellant's counsel on Monday, February 9, 2015 about Appellee's First Motion to Extend Time to File her Brief. Appellant does not support Appellee's First Motion to Extend Time to File her Brief and, therefore, Appellee is unable to submit this Motion as an Agreed Motion. However, Appellant stated that she would not oppose the motion. *See* Tex R. App. P. 10.1(a)(5).

THE REST OF THIS PAGE INTENTIONALLY LEFT BLANK

### C.    PRAYER

9.  For these reasons, Appellee asks the Court to grant Appellee's First Motion

to Extend Time to File her Brief until Tuesday, February 17, 2015.


`                          Respectfully submitted,
                          */s/ Robby Abarca*
                          Robby P. Abarca
                          Texas Bar No. 24043515
                          P.O. Box 152547
                          Austin, Texas  78715
                          Tel.   (512) 318-4277
                          Fax    (512) 697-2832
                          rpabarca@abarcalawfirm.com
                          ATTORNEY FOR APPELLEE,
                          **LORI KEATON**

## CERTIFICATE OF CONFERENCE

I certify that I personally conferred with Mr. David Nowlin, attorney for Appellant, on February 9, 2015.  Mr. Nowlin stated that Appellant did not support the Appellee's First Motion to Extend Time to File Brief; however, he also stated that Appellant would not oppose the Appellee's First Motion to Extend Time to File Brief.

*/s/Robby Abarca*
Robby P. Abarca


## CERTIFICATE OF SERVICE

I certify that a copy of Appellee's First Motion to Extend Time to File Brief, was served on Appellant, Linda Nowlin, through her counsel of record, Mr. David A. Nowlin, 7301 RR 620 North, Ste. 155, 319, Austin, Texas 78726-4537 by electronic service (davidnowlin@me.com) on February 9, 2015 after 5 p.m. (local time of the recipient).

*/s/Robby Abarca*
Robby P. Abarca